UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                      Chapter 7

DOMENIC GIAMPINO,                     Case No.: 15-42925 (ESS)

              Debtor.
-------------------------------------------------------------x

## ORDER AWARDING FINAL COMPENSATIONS, COMMISSIONS AND REIMBURSEMENT OF EXPENSES

Upon the applications for allowance of compensation, commissions and reimbursement of expenses (collectively the "**Applications**") filed by the following parties seeking the amounts listed:

| **Applicant** | **Amount Requested** | |
|---|---|---|
| **Gregory M. Messer, Esq.** | Commissions: | $37,991.34 |
| Chapter 7 Trustee | Expenses: | $ 21.60 |
| | Total: | **$38,012.94** |
| | | |
| **LaMonica Herbst & Maniscalco, LLP** | Fees: | $28,920.75 |
| Attorneys for the Trustee | Expenses: | $ 1,420.02 |
| | Total: | **$30,340.77** |
| | | |
| **Gary Lampert, CPA** | Fees: | $ 1,925.00 |
| Accountants to the Trustee | Expenses: | $ 20.10 |
| | Total: | **$ 1,945.10** |
| | | |
| **Maltz Auctions Inc.** | Fees: | $46,400.00 |
| Auctioneer | Expenses: | $ 0.00 |
| | Total: | **$46,400.00** |

and a hearing having been held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York (the "**Court**") on November 8, 2016; and upon the Statement filed by the Office of the United States Trustee; and there being no objections to the Applications; and after due deliberation and consideration of all the facts and circumstances herein; and it being determined to be in the best

interests of the estate; and upon the Applications being in accordance with Sections 327 and 330 of the Bankruptcy Code; and no additional notices being required, it is hereby

**ORDERED**, that the Trustee's Final Report and the distributions proposed therein, are authorized and approved; and, it is further

**ORDERED**, that the final Application for commissions and reimbursement of expenses of the Chapter 7 Trustee, Gregory M. Messer, Esq., is granted in the amount $37,991.34 as and for commissions, and $21.60 as and for reimbursement of expenses, for a total award of $38,012.94; and it is further

**ORDERED**, that the final Application for compensation and reimbursement of expenses of LaMonica Herbst & Maniscalco, LLP, as counsel to the Trustee, is granted in the amount of $28,920.75 as and for compensation for services rendered, and $1,420.02 as and for reimbursement of expenses, for a total award of $30,340.77; and, it is further

**ORDERED**, that the final Application for compensation and reimbursement of expenses of Gary Lampert, CPA, as accountant to the Trustee, is granted in the amount of $1,925.00 as and for compensation for services rendered, and $20.10 as and for reimbursement of expenses, for a total award of $1,945.10; and, it is further

**ORDERED**, that the final Application for commissions and reimbursement of expenses of Maltz Auctions Inc., as auctioneer to the Trustee, is granted in the amount of $46,400.00 as and for commissions for services rendered, and $0.00 as and for reimbursement of expenses, for a total award of $46,400.00; and, it is further

**ORDERED**, that upon the closing of the case, the Trustee shall be discharged from his duties; and, it is further

**ORDERED**, that the Trustee is authorized to abandon the Debtor's books and records; and, it is further

**ORDERED**, that the Trustee is authorized to do such things, pay such awards and execute such documents as may be necessary to implement the terms and conditions of this Order.

**Dated: Brooklyn, New York**
**November 8, 2016**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**